NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | |
|---|---|
| PAUL HARRIS, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | )   Case No. 2D17-4356 |
| | ) |
| STATE OF FLORIDA, | ) |
| | ) |
| Appellee. | ) |
| | ) |

Opinion filed July 25, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; William D. Sites, Judge.

Deana K. Marshall of Law Office of
Deana K. Marshall, P.A., Riverview, for
Appellant.


PER CURIAM.


      Affirmed.


LaROSE, C.J., and CRENSHAW and ATKINSON, JJ., Concur.